IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDELL LARAND CRAWFORD,   )<br>        )<br>    Plaintiff,    )<br>        )<br>    v.    )<br>        )<br>WARDEN BUTLER, et al.,    )<br>        )<br>    Defendants.    ) | CIVIL ACTION NO.<br>   2:20cv654-MHT<br>         (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of unsafe prison conditions due to COVID-19. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for plaintiff's failure to file an amended complaint as ordered by the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of October, 2020.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**