IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WENDELL LARAND CRAWFORD,     )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:20cv654-MHT
                             )           (WO)
WARDEN BUTLER, et al.,       )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for plaintiff's failure to file an amended complaint as ordered by the court.

(3) The motion for preliminary injunction (doc. no. 2) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of October, 2020.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**